1 | Nicole M. Harvey
Nevada State Bar No. 11147
2 | BLANCHARD, KRASNER & FRENCH
5470 Kietzke Lane, Ste. 200
3 | Reno, Nevada 89511
4 | Telephone: (775) 384-0022
nharvey@bkflaw.com
5 | *Attorney for A&A Towing, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

A&A TOWING, INC., a Nevada corporation,

v.

TEGSCO, LLC dba AUTO RETURN, a California limited liability company; STATE OF NEVADA, NEVADA TRANSPORTATION AUTHORITY; STATE OF NEVADA DEPARTMENT OF PUBLIC SAFETY, HIGHWAY PATROL DIVISION; DOES 1-10; ABC CORPORATIONS 1-10; XYZ CORPORATIONS 1-10.

Case Number:
3:21-cv-00049

Certificate of Interested Parties

The Plaintiff, A&A Towing, Inc., a Nevada corporation, by and through its undersigned counsel, pursuant to FRCP 7.1, hereby submit this Certificate of Interested Parties and Corporate Disclosure Statement.

1. INTERESTED PERSONS

The person that has an interest in the financial outcome of this case is Drew Ribar, President of A&A Towing, Inc. No other person, associated firm, partnership or corporation has a financial interest in the outcome of this case.

/ / /

1

2. CORPORATE DISCLOSURE STATEMENT

The Plaintiff, A&A Towing, Inc., hereby certifies that there are no parent corporations and/or any publicly held corporation owning 10% or more of its stock.

Dated: January 21, 2021

BLANCHARD, KRASNER & FRENCH

_____
Nicole M. Harvey
Nevada State Bar No. 11147
Attorney for A&A Towing