Nicole M. Harvey
Nevada State Bar No. 11147
BLANCHARD, KRASNER & FRENCH
5470 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Telephone: (775) 384-0022
nharvey@bkflaw.com
*Attorney for A&A Towing, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| A&A TOWING, INC., a Nevada corporation,<br><br>v.<br><br>TEGSCO, LLC dba AUTO RETURN, a California limited liability company; DOES 1-10; ABC CORPORATIONS 1-10; XYZ CORPORATIONS 1-10. | Case Number:<br>3:21-cv-00049<br><br>**STIPULATION TO EXTEND TIME FOR TEGSCO, LLC DBA AUTO RETURN TO FILE AN ANSWER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that the deadline for Defendant TEGSCO, LLC dba AUTO RETURN is extended to April 16, 2021.

**IT IS SO STIPULATED**

Dated: March 8, 2021                    BLANCHARD, KRASNER & FRENCH


                                        By:    /s/ Nicole M. Harvey
                                               Nicole M. Harvey
                                               *Attorney for Anette Rink, DVM*

Dated: March 5, 2021



                                        By:    /s/ G. Scott Emblidge
                                               Scott Emblidge, Esq.
                                               *Attorney for TEGSCO LLC dba AUTO RETURN*

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

**IT IS SO ORDERED**

Dated: March 15, 2021

_____
U.S. MAGISTRATE  J U D G E