# AFFIDAVIT OF SERVICE

| Case:<br>3:21-CV-00049 | Court:<br>UNITED STATES DISTRICT COURT | County:<br>DISTRICT OF NEVADA | Job:<br>5433817 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>A&A TOWING | | **Defendant / Respondent:**<br>TEGSCO, LLC., D/B/A AUTO RETURN; STATE OF NEVADA, NEVADA TRANSPORTATION AUTHORITY; STATE OF NEVADA DEPARTMENT OF PUBLIC SAFETY | |
| **Received by:**<br>Battle Born Process Service, License #1876 | | **For:**<br>Blanchard, Krasner & French | |
| **To be served upon:**<br>DAWN GIBBONS, CHAIRMAN - STATE OF NEVADA, NEVADA TRANSPORTATION AUTHORITY | | | |

I, MaryAnn Weller, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   DAWN GIBBONS, CHAIRMAN - NEVADA TRANSPORTATION AUTHORITY, C/O NEVADA TRANSPORTATION AUTHORITY: 1755 E PLUMB LN STE 229, RENO, NV 89502

**Manner of Service:**   Authorized - an agent lawfully designated to accept service of process
HOWARD "DOE," EMPLOYEE, Apr 8, 2021, 10:35 am PDT

**Documents:**   SUMMONS IN A CIVIL ACTION; PROOF OF SERVICE; AMENDED COMPLAINT FOR DAMAGES; JURY DEMAND

**Additional Comments:**

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

_____        April 8th, 2021
MaryAnn Weller                                         Date
R-090627

Battle Born Process Service, License #1876
3710 Grant Drive Suite L
Reno, NV 89509