Nicole M. Harvey
Nevada State Bar No. 11147
Law Office of Nicole Harvey
4894 Sparks Boulevard
Sparks, Nevada 89436
Telephone: (775) 852-5225
nicole@nevadacounsel.com
*Attorney for A&A Towing, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| A&A TOWING, INC., a Nevada corporation,<br><br>v.<br><br>TEGSCO, LLC dba AUTO RETURN, a California limited liability company; STATE OF NEVADA, NEVADA TRANSPORTATION AUTHORITY; STATE OF NEVADA DEPARTMENT OF PUBLIC SAFETY, HIGHWAY PATROL DIVISION; DOES 1-10; ABC CORPORATIONS 1-10; XYZ CORPORATIONS 1-10. | Case Number:<br>3:21-cv-00049<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE of the following new mailing address:

Nicole M. Harvey
Law Office of Nicole Harvey
4894 Sparks Boulevard
Sparks, Nevada 89436
nicole@nevadacounsel.com
(775) 852-5225

DATED August 28, 2021

LAW OFFICE OF NICOLE HARVEY

By: _____
Nicole M. Harvey, Esq.
Nevada Bar No. 11147
*Attorney for A&A Towing, Inc.*

Law Office of Nicole Harvey
4894 Sparks Boulevard, Sparks, Nevada 89436
(775) 852-5225

# CERTIFICATE OF SERVICE

I hereby certify that on [date] I electronically filed the foregoing document with the District Court of Nevada by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

G Scott Emblidge
Moscone Emblidge Rubens LLP
220 Montgomery Street
Suite 2100
San Francisco, CA 94104
415-362-3591
Fax: 415-362-2006
Email: emblidge@mosconelaw.com

Louis Csoka
Attorney General
555 East Washington Ave, Suite 3900
Las Vegas, NV 89101
702-486-3240
Fax: 702-486-3416
Email: lcsoka@ag.nv.gov

Michael D. Rawlins
Smith & Shapiro, PLLC
3333 E. Serene, Ste. 130
Henderson, NV 89074
702-318-5033
Fax: 702-318-5034
Email: mrawlins@smithshapiro.com

Kathleen M. Brady
Nevada Attorney General's Office
100 N Carson Street
Carson City, NV 89701
775-684-4605
Fax: 775-684-4601
Email: kmbrady@ag.nv.gov

Dated August 28, 2021

_____
Nicole Harvey