AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

A&A TOWING, INC.,
a Nevada Corporation,

           Plaintiff,

v.

TEGSCO, LLC dba AUTO RETURN, a California limited liability company; STATE OF NEVADA, NEVADA TRANSPORTATION AUTHORITY; STATE OF NEVADA DEPARTMENT OF PUBLIC SAFETY, HIGHWAY PATROL DIVISION, DOES 1-10; ABC CORPORATIONS 1-10; XYZ CORPORATIONS 1-10.

           Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  3:21-cv-00049-LRH-WGC

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that ECF Nos. 18 and 31 Motions to Dismiss are GRANTED with prejudice. NTA's motion to dismiss (ECF No. 19) is DENIED as moot. This case is now closed.



Date: 9/8/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk